IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DON ANDREWS, o/b/o SHAUNA ANDREWS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-2252 |
| KENNETH COLEMAN and AFFIRMATIVE INSURANCE CO., | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff filed an unopposed motion to dismiss the claims against defendant Kenneth Coleman. (Docket Entry No. 13). The motion is granted. The claims against Affirmative Insurance Co., were previously dismissed. This civil action is dismissed, without prejudice.

SIGNED on September 4, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge